UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANIEL EMERSON NORTON, | Case No. 3:23-cv-01835-AR |
| Petitioner, | |
| v. | ORDER |
| ISRAEL JACQUEZ, in his official capacity as Warden, FCI Sheridan, | |
| Respondent. | |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jeff Armistead issued his Findings and Recommendations in this case on September 25, 2025. Judge Armistead recommends that petitioner Daniel Emerson Norton's petition for a writ of habeas corpus should be denied, and a judgment of dismissal should be entered. Objections, if any, were due by October 9, 2025. As of the date of this Order, none have been received.

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). In the absence of objections, no review is required, and no standard of review is prescribed. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nonetheless, a district court judge is not precluded from reviewing the report *sua sponte* under a *de novo*, or any other, standard of review. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations should be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *see, e.g.*, *Hayden v. United States*, 147 F. Supp. 3d 1125, 1127 (D. Or. 2015) ("As no party has made objections, this Court follows

the recommendation of the Advisory Committee and reviews [the Magistrate Judge's] Findings and Recommendation for clear error on the face of the record."); *Toohey v. Wyndham Worldwide Corp. Health & Welfare Plan*, 673 F. Supp. 2d 1223, 1224 (D. Or. 2009) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.").

Because no party in this case has made objections, this Court reviews Judge Armistead's Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge Armistead's Findings and Recommendation, ECF [24]. The petition for writ of habeas corpus, ECF [1], is DENIED. Judgment shall follow.

IT IS SO ORDERED.

DATED this 24th day of October, 2025.

_____
Adrienne Nelson
United States District Judge

2